**Buchanan Ingersoll & Rooney** PC

**Andrew G. Hope**
andrew.hope@bipc.com

50 S. 15th Street, Suite 3200
Philadelphia, PA 19102
T 215 665 8700
F 215 665 8760
www.buchananingersoll.com

April 18, 2023

**VIA ECF**

Hon. Jennifer H. Rearden, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

      Re:     ***Brown v. Wonder Works and Wonder Workshops, Inc.;***
              **Case No. 1:22-cv-10172-JHR-GWG**

Dear Judge Rearden:

      We represent Defendant Magic Makers, LLC d/b/a Wonder Works (sued herein as "Wonder Works and Wonder Workshops, Inc.") in the above-referenced action. On March 20, 2023, Defendants wrote a letter informing Magistrate Judge Gorenstein that the parties had agreed to settle the case and jointly requesting that the Court enter a proposed Consent Decree in connection with the settlement. (ECF No. 16). The letter also included the parties' stipulated extension of Defendants' deadline to respond to the Complaint while the Court considered the request for entry of the Consent Decree.

      On March 21, 2023, Magistrate Judge Gorenstein granted an extension of Defendants' deadline until April 23, 2023, but instructed the parties to direct the request regarding the Consent Decree to Your Honor. (ECF No. 17). Defendants did so in a letter dated March 22, 2023, attaching a copy of the parties' Settlement Agreement and proposed Consent Decree. (ECF No. 18). While Plaintiff has filed a Notice of Voluntary Dismissal (ECF No. 19), the Court has yet to rule on the parties' joint request for entry of the Consent Decree. Accordingly, Defendants' respectfully request the Court approve and so-order the enclosed Consent Decree so that the parties may finalize the settlement.

      We thank the Court for its attention to this matter and remain available to discuss should any further information be required at this time.

                                                               Respectfully submitted,

                                                              */s/ Andrew G. Hope*

                                                              Andrew G. Hope